# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| United States of America and State of Illinois | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No.    1:26-cv-5415 |
| B.E.S.T. GDR, LLC and YOSEF BERNATH | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                     .

Date:      05/11/2026

/s/ Cadesby B. Cooper
*Attorney's signature*

Cadesby B. Cooper, NY Reg. Number 5415583
*Printed name and bar number*

450 5th St. NW, 6th Floor
Washington, D.C. 20530

*Address*

cadesby.b.cooper@usdoj.gov
*E-mail address*

(202) 451-7687
*Telephone number*

(202) 616-8962
*FAX number*