AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05415

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Yosef Bernath*

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* *102 Minitree Ct.*
*Chesterfield, MO 63107* on *(date)* *03/22/26* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ *(158.00)* for travel and $ *(130.00)* for services, for a total of $ 0.00 .
*(188.00)*

I declare under penalty of perjury that this information is true.

Date: *05/22/26*                           _____
                                                      *Server's signature*

                                            *Mark Moore (DUSM)*
                                                      *Printed name and title*


                                            *111 South 10th Street, St. Louis, MO 63102*
                                                      *Server's address*

Additional information regarding attempted service, etc: