AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05415

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Josef Bernath an owner, member of BEST 6 DR 1
was received by me on *(date)* May 13th 2026 .

☑ I personally served the summons on the individual at *(place)* 102 Minitree Ct.
Chesterfield, MO. 63017 on *(date)* 05/22/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ($58.00) for travel and $ ($130.00) for services, for a total of $ 0.00

($188.00)

I declare under penalty of perjury that this information is true.

Date: 05/22/26          _____
                         *Server's signature*

                         Mark Moove  (DUSM)
                         *Printed name and title*


                         111 South 10th Street, St. Louis, MO. 63102
                         *Server's address*

Additional information regarding attempted service, etc: