## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

---

**United States of America, et al.**
                    *Plaintiff(s)*

                                                *VS.*                        Case No: 1:26-cv-05415

**B.E.S.T. GDR, LLC, an Illinois limited liability company, also d/b/a Premium Home Service, et al.**
                    *Defendant(s)*

---

### AFFIDAVIT OF SERVICE

I, Steven A. Stosur, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgments, and Other Relief with Exhibit A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 6/1/2026 at 01:43 PM, I served B.E.S.T. GDR, LLC, also d/b/a Premium Home Service c/o Matthew Stone, Registered Agent at 8424 Skokie Boulevard, Suite 200, Skokie, Illinois 60077 with the Summons and Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgments, and Other Relief with Exhibit A by serving Matthew Stone, Registered Agent, authorized to accept service.

Matthew Stone is described herein as:

Gender:  Male      Ethnicity:  Caucasian        Age:  45      Weight:  210        Height:  6'2"       Hair:  Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>06/02/2026</u>

_____
                                                        *Steven A. Stosur*

                                                        *Capitol Process Services, Inc.*
                                                        *7500 Greenway Center Drive, Suite 420*
                                                        *Greenbelt, Maryland 20770*
                                                        *(202) 667-0050*

                                                        *Client Ref Number: CPB241223-20*
                                                        *Job #:16006975*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA; and PEOPLE OF THE STATE OF ILLINOIS, by their Attorney General, KWAME RAOUL, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-05415 |
| B.E.S.T. GDR, LLC, an Illinois limited liability company, also d/b/a PREMIUM HOME SERVICE; and YOSEF BERNATH | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  B.E.S.T. GDR, LLC (d/b/a Premium Home Service)
9914 Derby Lane, Unit 100
Westchester, Illinois 60154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cadesby Cooper
U.S. Department of Justice, Civil Division
Enforcement and Affirmative Litigation Branch
450 5th Street NW, Ste. 6313
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date:  May 11, 2026

(By) DEPUTY CLERK