**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et. al. | ) | |
| Plaintiff, | ) | Case No. 26-07845 |
| v. | ) | |
| B.E.S.T. GDR, LLC et al. | ) | Judge Georgia N. Alexakis |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COME the Defendants, BEST G.D.R., LLC and Yosef Bernath by and through their attorneys The Law Offices of Schneider & Stone and move this Court for an extension of time to answer or otherwise plead.  In support, they state as follows:

1. The Complaint was filed May 11, 2026.

2. Defendant B.E.S.T. GDR was served June 1, 2026.  Defendant Yosef Bernath was also served on or about June 1, 2026.

3. Defendants are represented by Schneider & Stone, Inc. and Crowell & Moring LLP.

4. The attorney primarily responsible for this matter at Crowell, Lawrence Benjamin, is currently on trial in another matter.

5. The attorney primarily responsible for this matter at Schneider & Stone, Matthew Stone, recently concluded a week of trial in another matter.

6. Defendants are requesting an extension of thirty days to answer or otherwise plead.  That would make the deadline July 22, 2026.  This would be the first extension.

7. Counsel for Defendants reached out to Plaintiff's counsel but has not yet received a response.  Counsel will update the court if an agreement is reached for additional time to answer.

8. No party will be prejudiced by the grant of this extension.

WHEREFORE, the Defendants request that this Court grant them an extension of thirty days to answer or otherwise plead and grant any other relief the Court deems fair and equitable under the circumstances.

DATED: June 22, 2026

Respectfully Submitted

/s/ Matthew Lee Stone
One of the Attorneys for the Defendants

Matthew Lee Stone (6297720)
SCHNEIDER & STONE
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
847-933-0300
mstone@windycitylawgroup.com