**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

United States of America, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:26−cv−05415
                                                            Honorable Georgia N. Alexakis

B.E.S.T. GDR, LLC, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

     MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants Defendants' motion for an extension of time [14] until 7/22/2026 to answer or otherwise respond to Plaintiff's complaint. The parties' joint initial status report is now due by 7/27/2026. The 7/13/2026 initial status hearing is reset to 8/3/2026 at 9:30 a.m. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.