**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; and <br><br> PEOPLE OF THE STATE OF ILLINOIS, by their Attorney General, KWAME RAOUL; <br><br> Plaintiffs, <br> v. <br><br> B.E.S.T. GDR, LLC, an Illinois limited liability company, also doing business as PREMIUM HOME SERVICE; and <br><br> YOSEF BERNATH, individually, and as an owner, member, and/or manager of B.E.S.T. GDR, LLC; <br><br> Defendants. | CASE NO. 1:26-cv-05415 <br><br> **Judge Georgia N. Alexakis** <br><br> **Magistrate Judge David Weisman** |

### JOINT MOTION FOR EXTENSION OF TIME TO
### FILE JOINT INITIAL STATUS REPORT

The parties, by and through their respective counsel, jointly move to extend the deadline for filing the Joint Initial Status Report and state as follows:

1. On June 23, 2026, the Court granted Defendants' motion for an extension of time to answer or otherwise respond to Plaintiffs' Complaint, extended Defendants' deadline to July 22, 2026, set the Joint Initial Status Report deadline for July 27, 2026, and reset the initial status hearing to August 3, 2026. (Dkt. 16.)

2. On July 17, 2026, Defendants filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In the alternative, Defendants moved under Rules 12(e) and 12(f) to strike certain allegations of the Complaint and/or require a more definite statement. (Dkt. 20.)

3. On July 20, 2026, the Court entered a briefing schedule on Defendants' Motion to Dismiss, directing Plaintiffs to respond by August 7, 2026, and Defendants to reply by August 21, 2026. (Dkt. 21.)

4. The parties jointly request that the Court extend the deadline for filing the Joint Initial Status Report until 14 days after the Court rules on Defendants' Motion to Dismiss.

5. Good cause exists for the requested extension. The Court's ruling on the Motion to Dismiss may narrow the issues in dispute, define the scope of Plaintiffs' claims, and better inform the scope of discovery. Extending the deadline to 14 days after the Court's ruling provides a definite deadline while avoiding the need for the parties to prepare a Joint Initial Status Report that may require revision depending on the Court's disposition of the Motion to Dismiss. The requested extension will also conserve the resources of the parties and the Court by allowing the Joint Initial Status Report to address the claims and issues remaining after the Court's ruling.

6. WHEREFORE, the parties respectfully request that the Court extend the deadline for filing the Joint Initial Status Report until 14 days after the Court rules on Defendants' Motion to Dismiss.

Dated: July 24, 2026

Respectfully submitted,

**FOR PLAINTIFF UNITED STATES OF AMERICA:**

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW S. BOUTROS
United States Attorney
Northern District of Illinois

**FOR PLAINTIFF STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

s/ Colin W. Trundle_____
COLIN W. TRUNDLE
CADESBY B. COOPER
Trial Attorneys
JAMES T. NELSON
Senior Trial Attorney
U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
450 5th Street, NW, Suite 6400-S
Washington, DC 20044-0386
(202) 742-7112 [telephone]
(202) 616-8962 [facsimile]
colin.trundle@usdoj.gov
cadesby.b.cooper@usdoj.gov
james.nelson2@usdoj.gov

s/ Janice Parker_____
AMANDA PALMER
DALE LICHTENSTEIN
THOMAS P. JAMES
JANICE PARKER
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(872) 272-0815 [telephone]
(312) 814-2593 [facsimile]
amanda.palmer@ilag.gov
dale.lichtenstein@ilag.gov
Thomas.James@ilag.gov
janice.parker@ilag.gov

**FOR DEFENDANTS:**

s/ Lawrence M. Benjamin_____
LAWRENCE M. BENJAMIN
Crowell & Moring LLP
300 N. LaSalle Dr. Suite 2500
Chicago, IL 60654
(312) 379-4296 [telephone]
lbenjamin@crowell.com

s/ Motty Stone_____
MOTTY STONE
8424 Skokie Blvd. #200
Skokie, IL 60077
(847) 933-0300 [telephone]
(312) 509-4937 [facsimile]
mstone@windycitylawgroup.com