# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

United States of America, et al.

                            Plaintiff,

v.                                          Case No.: 1:26–cv–05415

                                          Honorable Georgia N. Alexakis

B.E.S.T. GDR, LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: The parties' joint motion for an extension of time to file a joint initial status report [22] is denied. The parties' joint initial status report is now due by 7/28/2026. The Court will determine whether the 8/3/2026 initial status hearing will stand following its review of the joint initial status report. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.