## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

United States of America, et al.

                              Plaintiff,

v.                                          Case No.: 1:26–cv–05415
                                            Honorable Georgia N. Alexakis

B.E.S.T. GDR, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

     MINUTE entry before the Honorable Georgia N. Alexakis: The Court has reviewed the parties' joint initial status report [24], which indicates that the parties agree that discovery should be stayed pending resolution of Defendants' motion to dismiss. Given the parties' agreement on that point, the Court stays discovery pending resolution of Defendants' motion to dismiss. The Court vacates the 8/3/2026 initial status hearing. It intends to rule on Defendants' motion to dismiss via CM/ECF. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.